FILED



3:30 pm, 10/5/20

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

TIMOTHY SCHLESNER, TRACY SCHLESNER, DAKOTA SCHLESNER,

Plaintiffs,

vs.

SEAN EDWARD MONAHAN AND ROCKY MOUNTAIN TRANSPORT, LLC,

Defendants.

Case No. 20-CV-22-NDF

---

ORDER GRANTING STIPULATION FOR DISMISSAL

The parties have filed a stipulated motion for dismissal with prejudice (CM/ECF Document [Doc.] 21) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). While the notice is self-executing, the Court also ORDERS this case DISMISSED WITH PREJUDICE. Each party shall bear his or her own attorney's fees and costs.

Dated this 5th day of October, 2020.

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE